# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-1532

———————————————

THOMAS J. WIKE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.


July 19, 2018


PER CURIAM.

DISMISSED.  *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

ROBERTS, WETHERELL, and OSTERHAUS, JJ., concur.


———————————————


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Thomas J. Wike, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.